UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| STEVEN KINFORD,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SHANNON MOYAL,<br><br>　　　　Defendants. | Case No. 2:18-cv-01890-RFB-EJY<br><br>**ORDER** |

Before the Court is Plaintiff's Request for Verification of Filing (ECF No. 8) seeking confirmation that Plaintiff's Amended Complaint was received and filed by the Court. The Court confirms that Plaintiff's Amended Complaint was received and filed on October 28, 2019 (ECF No. 10). The Court notes that a Third Amended Complaint was received from Plaintiff and filed on December 12, 2019. (ECF No. 16). The Third Amended Complaint superseded the Amended Complaint received on October 28, 2019 and, therefore, is now the operative complaint.

Also before the Court is Plaintiff's Request for Status Check of the 90 Day Stay (ECF No. 19). On March 19, 2020, the Court issued a Minute Order stating:

> IT IS HEREBY ORDERED that, due to the current medical concerns arising from the novel coronavirus, the Inmate Early Mediation Conference currently scheduled for Friday, March 27, 2020 is VACATED, and the stay currently in place shall remain in place through the conclusion of the date on which the Inmate Early Mediation Conference is reset.
>
> IT IS FURTHER ORDERED that the Office of the Attorney General shall file the status report form regarding the results of the stay on the date after the Inmate Early Mediation Conference is reset. A separate Order will issue with a new mediation date.

No Order setting a new mediation date has issued at this time.

Accordingly, IT IS HEREBY ORDERED that Plaintiff's Request for Verification of Filing (ECF No. 8) is GRANTED. A copy of this Order, the filed Amended Complaint (ECF No. 10), and Third Amended Complaint (ECF No. 16) **shall** be mailed to Plaintiff at his address in Lovelock, Nevada.

IT IS FURTHER ORDERED that Plaintiff's Request for Status Check of the 90 Day Stay (ECF No. 19) is GRANTED consistent with the information provided above.

DATED THIS  16th day of April 2020.

                                                                        ELAYNA J. YOUCHAH
                                                                        UNITED STATES MAGISTRATE JUDGE