UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

STEVEN KINFORD,

      Plaintiff,

   v.

SHANNON MOYAL,

      Defendant.

Case No. 2:18-cv-01890-RFB-EJY

**ORDER**

Before the Court are Plaintiff's Motion for Reconsideration (ECF No. 39) and Request for Status of Doc 39 (ECF No. 42).

The Court is sympathetic to Plaintiff's desire to move this case forward.  However, even proceeding to discovery is likely to be hampered by the impact of COVID-19.  This said, and with the reopening of the Court and mediations to be set by videoconference, the Court is confident that this matter should proceed without additional undue delay.

Accordingly, IT IS HEREBY ORDERED that Plaintiff's Motion for Reconsideration (ECF No. 39) and Request for Status of Doc 39 (ECF No. 42) are DENIED.

DATED this 19th day of May, 2020.

ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE