UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| STEVEN KINFORD,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SHANNON MOYAL,<br><br>　　　　Defendant. | Case No. 2:18-cv-01890-RFB-EJY<br><br>**ORDER** |

On September 23, 2020, the Court entered an Order requiring, *inter alia*, that the Office of the Attorney General "file a notice advising the Court and Plaintiff of: (a) the names of the defendants for whom it accepts service; (b) the names of the defendants for whom it does not accept service, and (c) the names of the defendants for whom it is filing the last-known-address information under seal. As to any of the named defendants for whom the Attorney General's Office cannot accept service, the Attorney General's Office shall file, under seal, but shall not serve the inmate Plaintiff the last known address(es) of those defendant(s) for whom it has such information. If the last known address of the defendant(s) is a post office box, the Attorney General's Office shall attempt to obtain and provide the last known physical address(es)." ECF No. 65 at 4. On October 8, 2020, the Office of Attorney General filed a Notice accepting service on behalf of one defendant, Shannon Moyle. ECF No. 67. The Office of the Attorney General did not otherwise comply with the Court's September 23, 2020 Order.

Accordingly, IT IS HEREBY ORDERED that within 10 days of the date of this Order the Office of the Attorney General shall (1) identify by name each defendant for whom it does <u>not</u> accept service, and (2) file under seal and not serve Plaintiff the last-known-address information for each such defendant.

Dated this 30th day of November 2020.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

1