UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| STEVEN KINFORD, | Case No. 2:18-cv-01890-RFB-EJY |
| Plaintiff, | |
| v. | **ORDER** |
| SHANNON MOYAL, et al. | |
| Defendants. | |

Before the Court is *pro se* inmate Plaintiff Steven Kinford's Motion to Withdraw the Motion to Compel. ECF No. 107. Following a teleconference between the parties, over which defense counsel allegedly represented "she would have no problems answering [Plaintiff's] discovery requests" or "with reopening discovery," Plaintiff seeks to withdraw his previously filed Motion to Compel Discovery (ECF No. 105). ECF No. 107 at 1-2.

Accordingly,

IT IS HEREBY ORDERED that Plaintiff's Motion to Withdraw the Motion to Compel (*id.*) is GRANTED.

IT IS FURTHER ORDERED that Plaintiff's Motion to Compel (ECF No. 105) is WITHDRAWN.

DATED THIS 16th day of March, 2021.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

1