AARON D. FORD
  Attorney General
Amy A. Porray (Bar. No. 9565)
  Deputy Attorney General
State of Nevada
Office of the Attorney General
555 E. Washington Ave., Ste. 3900
Las Vegas, Nevada 89101
(702) 486-0661 (phone)
(702) 486-3773 (fax)
Email: aporray@ag.nv.gov

*Attorneys for Defendant,*
*Shannon Moyle*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| STEVEN KINFORD,<br><br>    Plaintiff,<br><br>v.<br><br>SHANNON MOYLE, *et al.*,<br><br>    Defendants. | Case No. 2:18-cv-01890-RFB-EJY<br><br>**DEFENDANT'S MOTION TO EXTEND THE DEADLINE TO FILE MOTION FOR SUMMARY JUDGMENT**<br>**(FIRST REQUEST)** |

Defendant, Shannon Moyle, by and through counsel, Aaron D. Ford, Nevada Attorney General, and Amy A. Porray, Deputy Attorney General, of the State of Nevada, Office of the Attorney General, request this Court extend the deadline to file the Motion for Summary Judgment from **July 14, 2021**, to **August 9, 2021.** This is the first request.

## I. INTRODUCTION

Defendant, Shannon Moyle, respectfully requests this Court grant this request to extend the deadline to file the Motion for Summary Judgment. Good cause exists because counsel has had a serious medical emergency that required her to take extended medical leave and has affected all dates and deadlines in her cases.

///

///

///

## II. BACKGROUND

Kinford is an inmate lawfully incarcerated in the Nevada Department of Corrections (NDOC). Kinford sues Moyle for one (1) count of failure to protect regarding an incident that occurred at Northern Nevada Correctional Center (NNCC) between he and another inmate.

In the instant case, the motion for summary judgment is due on July 14, 2021. Moyle's counsel was scheduled for annual leave, beginning July 6, 2021, and returning July 13, 2021. The instant motion for summary judgment would have been completed prior to counsel's leave, and then reviewed, edited, approved during her leave and timely filed upon her return.

However, in the very late hours of Thursday, July 1, 2021/very early morning of Friday, July 2, 2021 (counsel is unsure of the time), Moyle's counsel suffered a serious medical episode. *See* Declaration of Amy A. Porray. Counsel's live-in partner took her to the nearest hospital emergency room. *Id.* Following discharge, counsel was given instructions not to return to work in any capacity until her follow up with medical specialists. *Id.*

Counsel was placed on emergency medical leave beginning Friday, July 2, 2021. The end of the following week, counsel met with her medical specialist who ordered further specialized testing and allowed for a subsequent return to work. *Id.* Counsel returned to work on Monday, July 12, 2021. *Id.* Although, counsel is diligently working to get caught up on all cases, she must remain cognizant of her provider's treatment recommendations and the limitations posed by her physical abilities. *Id.* As of now, counsel is not at full working capacity.

Also, counsel has requested a telephone conference with Kinford to discuss the instant motion, as well as another pending motion. However, due to counsel just returning to work on Monday, July 12, 2021, and the lead time required by his institution to schedule a telephone conference (at least five (5) business days), a telephone conference will be difficult to secure before the end of the week.

All of counsel's cases, dates and deadlines have been affected. As a result, Moyle respectfully requests that this Court grant her request to extend the deadline to file the Motion for Summary Judgment.

### III. LEGAL ARGUMENT

District courts have inherent power to control their dockets. *Hamilton Copper & Steel Corp. v. Primary Steel, Inc.,* 898 F.2d 1428, 1429 (9th Cir. 1990); *Oliva v. Sullivan*, 958 F.2d 272, 273 (9th Cir. 1992). Rule 6(b)(1), Federal Rules of Civil Procedure, governs extensions of time:

> When an act may or must be done within a specified time, the court may, for good cause, extend the time: (A) with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires; or (B) on motion made after the time has expired if the party failed to act because of excusable neglect.

"The proper procedure, when additional time for any purpose is needed, is to present to the Court a timely request for an extension before the time fixed has expired (*i.e.*, a request presented before the time then fixed for the purpose in question has expired)." *Canup v. Miss. Valley Barge Line Co.*, 31 F.R.D. 282, 283 (D. Pa. 1962). The *Canup* Court explained that "the practicalities of life" (such as an attorney's "conflicting professional engagements" or personal commitments such as vacations, family activities, illnesses, or death) often necessitate an enlargement of time to comply with a court deadline. *Id.*

Counsel's unforeseeable medical emergency, which led to an extended medical absence and a complete inability to work demonstrates good cause. Counsel has actively and responsibly participated in the instant litigation. Counsel was on track to timely file the instant motion for summary judgment. However, now all of counsel's cases and their accompanying dates and deadlines have been affected. Counsel brings this motion in the very best of faith and not for the purposes of delay.

### IV. CONCLUSION

Moyle's motion for an extension of time to file a motion for summary judgment should be granted due to counsel's serious injury. Moyle requests an extension from the

current due date of **July 14, 2021**, to **August 9, 2021**. This motion is brought in good faith and not for the purposes of delay.

DATED July 14, 2021.

                                AARON D. FORD
                                Attorney General

                                By: /s/ Amy Porray
                                    Amy A. Porray (Bar. No. 9596)
                                    Deputy Attorney General
                                    *Attorneys for Defendant*

**IT IS SO ORDERED**

_____
UNITED STATES DISTRICT JUDGE

DATED: July 15, 2021

# CERTIFICATE OF SERVICE

I certify that I am an employee of the State of Nevada, Office of the Attorney General, and that on July 14, 2021, I electronically filed the foregoing **DEFENDANT'S MOTION TO EXTEND THE DEADLINE TO FILE MOTION FOR SUIMMARY JUDGMENT (FIRST REQUEST)** via this Court's electronic filing system. Parties who are registered with this Court's electronic filing system will be served electronically.

Steven Kinford #64984
Lovelock Correctional Center
1200 Prison Rd.
Lovelock, NV 89419

/s/ Natasha D. Petty
An employee of the
Office of the Nevada Attorney General