UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

STEVEN KINFORD,

    Plaintiff,

      v.

SHANNON MOYLE,, *et al*,

    Defendants.

Case No. 2:18-cv-01890-RFB-EJY

**ORDER TO PRODUCE
FOR
VIDEOCONFERENCE
STEVEN KINFORD #64984**

TO:    TIM GARRETT, WARDEN, ELY STATE PRISON, ELY NV

    **THE COURT HEREBY FINDS** that **STEVEN KINFORD #64984**, is presently in custody of the Nevada Department of Corrections, located at Lovelock Correctional Center, Lovelock, Nevada.

    **IT IS HEREBY ORDERED** that the Warden of Lovelock Correctional Center, or his designee, shall arrange for and produce **STEVEN KINFORD #64984,** on or about Friday, August 13, 2021, at the hour of 3:30 PM, for a **videoconference** hearing by zoomgov technology in the instant matter, and arrange for his appearance on said date as ordered and directed by the Court entitled above, until **STEVEN KINFORD #64984**, is released and discharged by the said Court; and that **STEVEN KINFORD #64984**, shall thereafter be returned to the custody of the Warden, Lovelock Correctional Center, Lovelock, Nevada, under safe and secure conduct.

    **DATED** this 5th day of August, 2021.

_____
**RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE**