UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| STEVEN KINFORD,<br><br>        Plaintiff,<br>v.<br><br>SHANNON MOYAL, et al.,<br><br>        Defendants. | Case No. 2:18-cv-01890-RFB-EJY<br><br>**ORDER** |

Pending before the Court is Defendant's Motion to Extend the Deadline to File Motion for Summary Judgment (ECF No. 132). Counsel for Defendant explains that she is recovering from a medical emergency that continues to prevent her from becoming current on all legal work that accumulated during her illness. Counsel for Defendant also represents that the hearing on the Motion to Dismiss is set for Friday, August 13, 2021. These facts establish good cause for the extension requested.

Accordingly, IT IS HEREBY ORDERED that Defendant's Motion to Extend the Deadline to File Motion for Summary Judgment (ECF No. 132) is GRANTED.

IT IS FURTHER ORDERED that the deadline to file dispositive motions, including but not limited to motions for summary judgment, is extended to September 6, 2021.

DATED this 12th day of August, 2021.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

1