UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| STEVEN KINFORD,<br><br>            Plaintiff,<br>   v.<br><br>SHANNON MOYAL, et al.,<br><br>            Defendants. | Case No.  2:18-cv-01890-RFB-EJY<br><br>**ORDER** |

Pending before the Court is Defendant's Motion to Extend the Deadline to File Motion for Summary Judgment (Third Request). ECF No. 141.  Counsel for Defendant seeks a ten day extension of time to file the Motion for Summary Judgment.  Counsel explains the reason for her request, and establishes good cause.

Accordingly, IT IS HEREBY ORDERED that Defendant's Motion to Extend the Deadline to File Motion for Summary Judgment (Third Request), ECF No. 141, is GRANTED.

IT IS FURTHER ORDERED that Defendant shall have up to and including September 17, 2021 to file its Motion for Summary Judgment.

IT IS FURTHER ORDERED that no further extension of time to file a dispositive motion will be granted to Defendant.

DATED this 8th day of September, 2021.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE