UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

STEVEN KINFORD,

    Plaintiff,

      v.

SHANNON MOYLE,, *et al*,

    Defendants.

Case No. 2:18-cv-01890-RFB-EJY

**ORDER TO PRODUCE
FOR TELEPHONIC
CONFEENCE FOR
STEVEN KINFORD #64984**

TO:   TIM GARRETT, WARDEN, LOVELOCK CORRECTIONAL CENTER, LOVELOCK,  NV

     **THE COURT HEREBY FINDS** that **STEVEN KINFORD #64984**, is presently in custody of the Nevada Department of Corrections, located at Lovelock Correctional Center, Lovelock, Nevada.

     **IT IS HEREBY ORDERED** that the Warden of Lovelock Correctional Center, or his designee, shall arrange for and produce **S T E V E N   K I N F O R D   # 6 4 9 8 4,** on or about Wednesday, March 23, 2022, at the hour of 10:30 AM, for a telephonic appearance at **the** hearing by zoomgov technology in the instant matter, and arrange for his appearance on said date as ordered and directed by the Court entitled above, until **STEVEN KINFORD #64984**, is released and discharged by the said Court; and that **STEVEN KINFORD #64984**, shall thereafter be returned to the custody of the Warden, Lovelock Correctional Center, Lovelock, Nevada, under safe and secure conduct.

     **DATED** this 8th day of March, 2022.

**RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE**