UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| STEVEN KINFORD,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>SHANNON MOYAL,<br><br>　　　　Defendant. | Case No. 2:18-cv-01890-RFB-EJY<br><br>**ORDER** |

Before the Court at ECF No. 215 is Plaintiff's Motion for Extension of Time to Respond to Doc 206 and 210. Specifically, Plaintiff seeks a ten day extension of time to file his Replies in Support of his Motions for Temporary Restraining Order (ECF No. 198) and Preliminary Injunction (ECF No. 203). Plaintiff states that in a teleconference on May 31, 2022, defense counsel expressed no objection to the requested extension. ECF No. 215.

Accordingly, IT IS HEREBY ORDERED that Plaintiff's Motion for Extension of Time to Respond to Doc 206 and 210 is GRANTED.

IT IS FURTHER ORDERED that Plaintiff must file his Replies in support of the Motions for Temporary Restraining Order (ECF No. 198) and Preliminary Injunction (ECF No. 203) no later than **June 13, 2022**.

DATED this 1st day of June, 2022.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE