UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| STEVEN KINFORD,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>SHANNON MOYAL,<br><br>　　　　Defendant. | Case No. 2:18-cv-01890-RFB-EJY<br><br>**ORDER** |

Pending before the Court is Plaintiff's Second Motion that seeks an extension of time to file a reply to the response to Plaintiff's Motion for Preliminary Injunction. ECF No. 222. The Court previously ordered certain documents delivered to Plaintiff, which the Court confirmed occurred on Friday, June 10, 2022. ECF No. 226. Defendant agrees that Plaintiff may have an extension, but asks the Court to grant Plaintiff an extension only to June 17, the normal seven day period within which he would have to file a reply. *Id.* The Court understands Defendant's position. Nonetheless, because Plaintiff will not receive this Order for several days, the Court will grant Plaintiff through and including June 19, 2022 to file his Reply.

Accordingly, IT IS HEREBY ORDERED that Plaintiff's Second Motion that seeks an extension of time to file a reply to the response to Plaintiff's Motion for Preliminary Injunction (ECF No. 222) is GRANTED in part and DENIED in part.

IT IS FURTHER ORDERED that Plaintiff's Reply in support of his Motion for Preliminary Injunction must be filed on or before June 19, 2022.

DATED this 13th day of June, 2022.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE