UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

STEVEN KINFORD,

Plaintiff,

v.

SHANNON MOYLE,, *et al*,

Defendants.

Case No. 2:18-cv-01890-RFB-EJY

**ORDER TO PRODUCE FOR VIDEOCONFERENCE FOR STEVEN KINFORD #64984**

TO:   TIM GARRETT, WARDEN, LOVELOCK CORRECTIONAL CENTER, LOVELOCK, NV

**THE COURT HEREBY FINDS** that **STEVEN KINFORD #64984**, is presently in custody of the Nevada Department of Corrections, located at Lovelock Correctional Center, Lovelock, Nevada.

**IT IS HEREBY ORDERED** that the Warden of Lovelock Correctional Center, or his designee, shall arrange for and produce **STEVEN KINFORD #64984,** on or about Friday, September 2, 2022, at the hour of 8:15 AM, for a videoconference appearance at **the** hearing by zoomgov technology in the instant matter, and arrange for his appearance on said date as ordered and directed by the Court entitled above, until **STEVEN KINFORD #64984**, is released and discharged by the said Court; and that **STEVEN KINFORD #64984**, shall thereafter be returned to the custody of the Warden, Lovelock Correctional Center, Lovelock, Nevada, under safe and secure conduct.

**DATED** this 22nd day of August 2022.

_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**