AARON D. FORD
  Attorney General
LEO T. HENDGES (Bar No. 16034)
  Deputy Attorney General
State of Nevada
Office of the Attorney General
555 E. Washington Ave., Ste. 3900
Las Vegas, Nevada 89101
(702) 486-3795 (phone)
(702) 486-3773 (fax)
Email: lhendges@ag.nv.gov

*Attorneys for Defendant Shannon Moyle*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| STEVEN KINFORD, | Case No. 2:18-cv-01890-RFB-EJY |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |
| SHANNON MOYLE, *et al.*, | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between Plaintiff, Steven Kinford, and Defendant, Shannon Moyle, by and through counsel, Aaron D. Ford, Attorney General of the State of Nevada, and Leo T. Hendges, Deputy Attorney General of the State of Nevada, Office of the Attorney General, under Rule 41(a)(1)(A)(ii), Federal Rules of Civil Procedure, that the above-captioned action be dismissed with prejudice, with each party bearing their own attorney's fees and costs.

///
///
///
///
///
///

1  The Parties have resolved this matter in its entirety and agree that the Court may
2  accordingly close the case, with prejudice. Any outstanding deadlines are considered moot.

4  DATED this 16th day of February, 2023.   DATED this 22nd day of February, 2023

                                                                AARON D. FORD
                                                                Attorney General

7  By: /s/ Steven Kinford        By: /s/ Leo T. Hendges
   STEVEN KINFORD              LEO T. HENDGES (Bar No. 16034)
8  Plaintiff                    Deputy Attorney General
                                *Attorneys for Defendant*

## ORDER

**IT IS SO ORDERED**. This matter is DISMISSED WITH PREJUDICE and the Clerk is directed to close the case.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this 2nd day of March, 2023.

## CERTIFICATE OF SERVICE

I certify that I am an employee of the State of Nevada, Office of the Attorney General, and that on February 28, 2023, I electronically filed the foregoing **STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** via this Court's electronic filing system. Parties who are registered with this Court's electronic filing system will be served electronically. For those parties not registered, service was made by depositing a copy for mailing in the United States Mail, first-class postage prepaid, at Las Vegas, Nevada, addressed to the following:

Steven Kinford
2201 Bush Street
Redwing, Minnesota 55066
*Plaintiff, Pro Se*

/s/ Carol A. Knight
CAROL A. KNIGHT, an employee of the
Office of the Nevada Attorney General